242 P.3d 1055

David RAMSAY

v.

Victoria WHEELER–RAMSAY.

No. CV–10–0188–PR.

Supreme Court of Arizona.

Oct. 26, 2010.

The following action was taken by the Supreme Court of the State of Arizona on October 26, 2010, in regard to the above-referenced cause:

ORDERED: Petitioner/Appellant's Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Request for Attorneys' Fees [Appellant David Ramsay] = DENIED.

FURTHER ORDERED: Request for Attorneys' Fees [Appellee Victoria Wheeler–Ramsay] = DENIED.